**IT IS ORDERED as set forth below:**



Date:  April 19, 2019

_____

**W. Homer Drake
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION**

| | |
|---|---|
| **IN RE:** | : **CHAPTER 13** |
| | : |
| **TONYA JACKS CREEL-DAWES,** | : **CASE NO 18-12601-WHD** |
| Debtor. | : |
| ------------------------------- | ------------------------------- |
| **NEWREZ LLC F/K/A NEW PENN** | : |
| **FINANCIAL LLC D/B/A SHELLPOINT** | : |
| **MORTGAGE SERVICING,** | : |
| | : |
| Movant, | : **CONTESTED MATTER** |
| v. | : |
| | : |
| **TONYA JACKS CREEL-DAWES,** | : |
| **MELISSA J. DAVEY, Trustee,** | : |
| Respondents. | : |
| | : |

**CONSENT ORDER ON MOTION FOR RELIEF
FROM AUTOMATIC STAY**

NewRez LLC f/k/a New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing, for itself, its successors and assigns (the "Movant"), filed a Motion for Relief from Automatic Stay (the "Motion") March 22, 2019, which was set for hearing on **April 25, 2019** (the "Hearing"). Movant seeks relief as

to Debtor`s real property located in Coweta County, Georgia, now or formerly known as 187 DOC PERRY RD, NEWNAN, GA 30263 (the "Property"), as more particularly described in Exhibit "B" attached to the Motion. Movant asserts that the Motion was properly served and hearing properly noticed. The parties reached an agreement as follows:

Movant shall supplement or amend its Proof of Claim to include the following post-petition mortgage arrearages totaling $5,266.56. This figure includes the following:

| Description | FROM | TO | Quantity | Amount | Total |
|---|---|---|---|---|---|
| Missed Payment Group 1 | 01/01/2019 | 04/01/2019 | 4 | $1,246.39 | $4,985.56 |
| Bankruptcy Fees and Costs | | | 1 | $1,031.00 | $1,031.00 |
| Suspense Balance Credit | | | 1 | $-750.00 | $-750.00 |

Beginning on **May 1, 2019**, Debtor shall pay Movant all future monthly mortgage payments when due. These payments shall be sent by check, money order, or certified funds to:

> NewRez LLC, F/K/A New Penn Financial, LLC, D/B/A Shellpoint Mortgage Servicing
> PO Box 740039
> Cincinnati, OH 45274-0039

Accordingly, by consent, it is hereby

**ORDERED** that:

The ongoing mortgage payments shall be governed by Strict Compliance provisions (identified below as the "Delinquency Motion" procedure).

Upon delinquency by Debtor in the payment of any sum specified herein for a period of twelve (12) months beginning in May 2019, Movant may be permitted to recover and dispose of the Property pursuant to applicable state law only after submitting a Delinquency Motion (as more particularly described below) in the following manner:

(A)    Counsel for Movant shall serve the Trustee, Debtor, and Debtor`s counsel of record with

written notice of the specific facts of the delinquency (the "**Delinquency Notice**"); said notice may be contained in a letter but shall

> (1) state that Debtor may cure the delinquency within ten (10) calendar days of receipt of said notice, and
>
> (2) provide the correct street address for mailing or delivering such payment; Pursuant to this Order, Debtor shall be presumed to have received the Delinquency Notice on the fifth (5th) calendar day following the mailing of said notice by Counsel for Movant; provided, however, that
>
>> (a) the Delinquency Notice is properly addressed to Debtor at the address set forth on the Distribution List attached to this Order pursuant to BLR 9013-3 NDGa, unless Movant or Counsel for Movant receives notice in writing of a change in Debtor`s address within a reasonable time prior to mailing of the Delinquency Notice; and
>>
>> (b) the Delinquency Notice is not returned to Counsel for Movant by the U.S. Postal Service as undeliverable by reason of improper address.

(B) If Debtor fails to cure the delinquency within ten (10) days of receipt of said written notice, Counsel for Movant may file, after service on both Debtor and Debtor`s counsel:

> (1) **a motion,** which must contain allegations of the specific facts of the delinquency; provided, however, that, instead of alleging the facts of the delinquency in the motion (the averments of which are subject to Rule 9011), the motion may be accompanied by an affidavit **from Movant** setting forth the specific facts of the delinquency;
>
> (2) a copy of the **Delinquency Notice**; and
>
> (3) **a proposed order** (the motion, affidavit, copy of the Delinquency Notice

and the proposed order are herein collectively referred to as the "**Delinquency Motion**").

Upon filing of said Delinquency Motion, the Court may enter an order modifying the automatic stay without further notice or hearing.

Notwithstanding Debtor's failure to cure, Movant agrees to provide Trustee with twenty (20) days' notice of Debtor's failure to cure the default. During said twenty (20) day period Trustee may file a motion to convert the case to a Chapter 7 proceeding or file a motion to sell the Property. If no motion to convert the case, motion to sell, or response alleging some extraordinary circumstances comparable to those contemplated by Fed. R. Civ. P. 60(b) is filed within twenty (20) days from the date of service of the motion and affidavit of default on the Chapter 13 Trustee, then the Court may enter the order modifying the automatic stay without further notice or hearing.

Upon entry of an order modifying the automatic stay, the Chapter 13 Trustee shall cease funding the Movant's claim. Upon completion of any foreclosure sale by Movant, all proceeds exceeding Movant's lawful debt shall be remitted promptly to the Chapter 13 Trustee.

**[END OF DOCUMENT]**

Prepared and Submitted by:

/s/ Lisa F. Caplan
Lisa F. Caplan
GA State Bar No. 001304
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(877) 813-0992
lcaplan@rubinlublin.com
Attorney for Creditor

Consented to by:

/s/ Stacey L. Butler
Stacey L. Butler, Esq.
GA State Bar No. 468063
The Bankruptcy Law Group, LLC
155 Eagles Walk
Suite A
Stockbridge, GA 30281
770-389-0002
courtdocs@slblawgroup.com
Attorney for Debtor


No Opposition to by:

/s/ Jonathan S. Adams
Jonathan S. Adams for Melissa J. Davey
GA State Bar No. 979073
260 Peachtree Street, NW
Suite 200
Atlanta, GA 30303
(678) 510-1444
orders@13trusteeatlanta.com
Attorney for Chapter 13 Trustee

DISTRIBUTION LIST


Tonya Jacks Creel-Dawes
187 Doc Perry Rd
Newnan, GA 30263

Stacey L. Butler, Esq.
The Bankruptcy Law Group, LLC
155 Eagles Walk
Suite A
Stockbridge, GA 30281

Melissa J. Davey, Trustee
260 Peachtree Street, NW
Suite 200
Atlanta, GA 30303

Lisa F. Caplan, Esq.
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071