B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Northern District of Georgia

In re  Tonya Jacks Creel-Dawes  ,  Case No. 18-12601-WHD

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

U.S. Bank Trust National Association,
as Trustee of the Cabana Series IV Trust
Name of Transferee

U.S. Bank Trust National Association,
as Trustee of the Lodge Series IV Trust
Name of Transferor

Name and Address where notices to transferee should be sent:
c/o BSI Financial Services
1425 Greenway Drive, Ste 400
Irving, TX 75038

Court Claim # (if known): 8
Amount of Claim: $188,808.61
Date Claim Filed: 03/12/2019

Phone: 800-327-7861
Last Four Digits of Acct #: 4373

Phone: 800-327-7861
Last Four Digits of Acct. #: 4373

Name and Address where transferee payments should be sent (if different from above):
c/o BSI Financial Services
314 S. Franklin St 2nd Floor
Titusville, PA 16354

Phone: 800-327-7861
Last Four Digits of Acct #: 4373

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _[signature]_          Date: 04/01/2020
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

BK:5008 PG:845-846
D2020004978

FILED IN OFFICE
CLERK OF COURT
03/10/2020 01:13 PM
CINDY BROWN, CLERK
SUPERIOR COURT
COWETA COUNTY, GA

*Cindy D. Brown*

9578415599
7067927936

Prepared By and Return To:

Collateral Department
Meridian Asset Services, LLC
3201 34th Street South, Suite 310
St. Petersburg, FL 33711
(727) 497-4650

_____ Space above for Recorder's use _____

Loan No:

## ASSIGNMENT OF SECURITY DEED

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, **US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF THE LODGE SERIES IV TRUST**, whose address is 7114 E. STETSON DR., SUITE 250, SCOTTSDALE, ARIZONA 85251, (ASSIGNOR), does hereby grant, assign and transfer to **US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF THE CABANA SERIES IV TRUST**, whose address is 7114 E. STETSON DR., SUITE 250, SCOTTSDALE, ARIZONA 85251, (ASSIGNEE), its successors, transferees and assigns forever, all beneficial interest under that certain Security Deed, together with the certain note(s) described therein with all interest, all liens, and any rights due or to become due thereon.

Date of Security Deed: 8/10/2010
Original Loan Amount: $207,650.00
Executed by (Borrower(s)): PATRICIA C JACKS
Original Lender: JPMORGAN CHASE BANK, N.A.
Filed of Record: In Book 3638, Page 506
Document/Instrument No: 000583 in the Recording District of COWETA, GA, Recorded on 1/13/2011.

Property more commonly described as: 187 DOC PERRY RD, NEWNAN, GEORGIA 30263

IN WITNESS WHEREOF, the undersigned by its duly elected officers and pursuant to proper authority of its board of directors has duly executed, sealed, acknowledged and delivered this assignment.

Date: 2/21/2020

US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF THE LODGE SERIES IV TRUST, BY
MERIDIAN ASSET SERVICES, LLC, ITS ATTORNEY-IN-FACT

By: **DANIEL SLEDD**
Title: **VICE PRESIDENT**

Witness Name: **JASON MURCH**

Witness Name: **RACHEL PAPPALARDO**

BATCH#11496, POA WAS RECORDED IN COWETA COUNTY, GA, ON 2/12/2020,
INST#D2020002840000/BK:4993/PG:65

> A NOTARY PUBLIC OR OTHER OFFICER COMPLETING THIS CERTIFICATE VERIFIES ONLY THE IDENTITY OF THE INDIVIDUAL WHO SIGNED THE DOCUMENT TO WHICH THIS CERTIFICATE IS ATTACHED, AND NOT THE TRUTHFULNESS, ACCURACY, OR VALIDITY OF THAT DOCUMENT

State of         **FLORIDA**
County of      **PINELLAS**

On 2/21/2020, before me, **JULIE ARENCIBIA**, a Notary Public, personally appeared **DANIEL SLEDD, VICE PRESIDENT of/for MERIDIAN ASSET SERVICES, LLC, AS ATTORNEY-IN-FACT FOR US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF THE LODGE SERIES IV TRUST**, personally known to me, or who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of **FLORIDA** that the foregoing paragraph is true and correct. I further certify the foregoing instrument was acknowledged before me by means of ☒ physical presence or ☐ online notarization and that **DANIEL SLEDD** signed, sealed, attested and delivered this document as a voluntary act in my presence.

Witness my hand and official seal.

_____
(Notary Name): **JULIE ARENCIBIA**
My commission expires: **7/18/2022**



JULIE ARENCIBIA
Commission # GG 197807
Expires July 18, 2022
Bonded Thru Budget Notary Services

## CERTIFICATE OF SERVICE

This is to certify that I have served the following parties in this matter with a copy of the within and foregoing by, **unless otherwise noted**, depositing a true and correct copy in the U.S. Mail with sufficient postage affixed thereto and properly addressed as follows:

Melissa J. Davey, Esq.
Standing Chapter 13 Trustee
Via Electronic Notice

Stacey L. Butler, Esq.
Attorney for Debtor
Via Electronic Notice

Tonya Jacks Creel-Dawes
187 Doc Perry Rd.
Newnan, GA 30263

This 14th day of April, 2020.

/s/ Marc E. Ripps
Marc E. Ripps
Georgia Bar No. 606515

P. O. Box 923533
Norcross, GA  30010-3533
(770) 448-5377
Email: meratl@aol.com